# Third District Court of Appeal

## State of Florida

Opinion filed April 5, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-1075
Lower Tribunal No. 20-12220

————————————

**Mexcoel S. de R.L. de C.V., et al.,**
Appellants,

vs.

**Arturo Diaz Gonzalez,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Maria de Jesus Santovenia, Judge.

Brito PLLC, and Alejandro Brito, and Cecilia S. Miranda, for appellants.

Perez-Roura Law, and Pedro A. Perez-Roura, for appellee.

Before LOGUE, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.